```
            UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF FLORIDA
               PENSACOLA    DIVISION
```

IN RE:

SHARON J. PEAKS                          CASE NO.: 04-32100-PNS3
                                         CHAPTER 13

    Debtor(s).
_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1. The Trustee has issued check(s)

FOR: FLORIDA AUTO LOANS

which remain outstanding and uncleared.

    2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 306556   in the amount of $78.21 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:
SHARON J. PEAKS

2908 N. TARRAGONA ST.
PENSACOLA, FL

32503
AND
LEWIS & JURNOVOY, P.A.            FLORIDA AUTO LOANS
1100 NORTH PALAFOX STREET         MALNIK & SALKIN, PA
PENSACOLA,  FLORIDA               1776 N PINE ISLAND RD, STE 216
                                  PLANTATION, FL
32501                             33322

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

F.45 (107) 01/30/2007